IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ERICA ELLINGTON, IAN DANIELS, and MADISON DENNIS, </br></br>  Plaintiffs, </br></br> v. </br></br> RED HOOK CAJUN SEAFOOD & BAR INC., et al., </br></br>  Defendants. | No. 2:21-cv-02751-TLP-tmp </br></br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint filed on December 3, 2021. (ECF No. 1.) In accordance with the Joint Notice of Voluntary Dismissal (ECF No. 68), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

June 8, 2023
Date